**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01605-CV

---

**ONE THOUSAND SEVEN HUNDRED NINETY-SEVEN DOLLARS AND FIFTY-FIVE CENTS IN U.S. CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC12-11492-G**

---

## ORDER

The reporter's record in this case is overdue. By postcard dated January 10, 2013, we notified the court reporter that the record was overdue. We directed her to file the record within thirty days. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that no hearings were recorded or no request for the reporter's record has been made.

We notify appellant that is we receive verification that no request for the record has been made we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE